**JS-6**

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 0 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Shawn Hanson (State Bar No. 109321)
   Katherine S. Ritchey (State Bar No. 178409)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:  (415) 626-3939
4  Facsimile:  (415) 875-5700

5  Thane Vallette (State Bar No. 247474)
   JONES DAY
6  555 South Flower Street, 50th Floor
   Los Angeles, CA 90071
7  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
8
   Attorneys for Defendant
9  STANDARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY BAGAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. 2:09-CV-04603 AHM (SSx)<br>(Assigned to Hon. A. Howard Matz)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS SO ORDERED

Dated ___NOV 2 0 2009___

_/s/ A. Howard Matz_
United States District Judge

1
**STIPULATION FOR DISMISSAL**

Following settlement of this matter, Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) that this action shall be dismissed with prejudice, each side to bear her/its own costs, expenses, and attorney's fees.

Respectfully submitted,

Dated: November 19, 2009        JONES DAY

By: /s/ Thane Vallette
    Thane Vallette

Attorneys for Defendants
STANDARD INSURANCE COMPANY

Dated: November 19, 2009        KANTOR & KANTOR LLP

By: /s/ Glenn R. Kantor
    Glenn R. Kantor

Attorneys for Plaintiff
LUCY BAGAI

LAI-3076058v1